IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTY L. CARLSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF REGENTS OF THE | ) | AMENDED PROGRESSION ORDER |
| UNIVERSITY OF NEBRASKA, and | ) | |
| DR. KEN HUBBARD, Director of High | ) | |
| Plains Regional Climate Center, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1.     The parties' Joint Motion to Continue Trial (Filing No. 15) is granted.

2.     The amended progression order is as follows:

     a.     A jury trial is set to commence on November 29, 2010.  No more than four days are allocated to the trial of this case and counsel shall plan accordingly.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

     b.     The pretrial conference will be held before the undersigned magistrate judge on November 18, 2010 at 10:00 a.m.  One- half hour is allocated to this conference.  Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on November 17, 2010, and the draft order shall conform to the requirements of the local rules.

     c.     The discovery and deposition deadline is July 16, 2010.  Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

d.      The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is August 2, 2010.

DATED this 13th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge