IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTY L. CARLSON, | ) | 4:09CV3213 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY OF NEBRASKA | ) | |
| and DR. KEN HUBBARD, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff's complaint contains a request for equitable relief in the form of reinstatement or front pay. I find on the evidence presented at trial that the plaintiff is not entitled to such relief.

At the conclusion of the plaintiff's case in chief, I sustained in part the defendants' Rule 50 motion and dismissed the plaintiff's constructive discharge claim. The evidence also showed that the plaintiff left the University for a higher paying job. The jury's verdict does not include any damages for lost wages or benefits related to her successful Title VII retaliation claim. For these reasons,

IT IS ORDERED that the plaintiff shall not be ordered reinstated or awarded front pay.

December 7, 2010.              BY THE COURT:

                               *Richard G. Kopf*
                               United States District Judge