IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTY L. CARLSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF NEBRASKA, and<br>DR. KEN HUBBARD, Director of High<br>Plains Regional Climate Center,<br>Individually,<br><br>　　　　　Defendant. | Case No. 4:09cv3213<br><br>ORDER TO WITHDRAW<br>EXHIBITS |

　　　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this jury trial within 14 calendar days of the date of this order:

　　　　Plaintiff Exhibit Nos. 1, 3-12, 15-19, 21, 21a, 24, 25

　　　　Defendants' Exhibit Nos.  50, 53, 56-59, 59a, 60, 61, 63, 66-68, 72-75, 77-78, 80, 82, 84-87, 89, 90, 98, 102, 104, 110, 111, 113

　　　　If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

　　　　IT IS SO ORDERED.

　　　　DATED this 8th day of December, 2010.

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　United States District Judge